## 9578.   WARD *v.* THE STATE.

BLOODWORTH, J. 1. There is no merit in the grounds of the motion for a new trial which complain of the admission of testimony that the general reputation of the defendant's house for lewdness was bad. "Reputation of a house being kept and maintained as a lewd house is admissible evidence." *Hogan* v. *State,* 76 *Ga.* 82 (3); *Brindle* v. *Copeland,* 145 *Ga.* 398 (2) (89 S. E. 332); *Jones* v. *State,* 2 *Ga. App.* 433 (7) (58 S. E. 559); *Coleman* v. *State,* 5 *Ga. App.* 766 (2) (64 S. E. 828).

2. There is sufficient evidence to support the verdict. *Heard* v. *State,* 113 *Ga.* 448, 449 (39 S. E. 118).

*Judgment affirmed. Broyles, P. J.; and Harwell, J., concur.*
DECIDED MAY 1, 1918.

**17**

Accusation of maintaining lewd house; from city court of Floyd county—Judge Nunnally. February 9, 1918.

*W. B. Mebane,* for plaintiff in error.

*James F. Kelly, solicitor,* contra.